UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Peter Chesky | : | |
| | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 15-13121SR |

**Addendum to Chapter 13 Plan**

The Debtor shall pay secured claim #6 on the Claim's Register, directly to the City of Philadelphia, and outside of the Bankruptcy Plan.

Date: 01/14/2016                                                             /s/ Brad J. Sadek, Esq.
                                                                             1315 Walnut Street
                                                                             #502 Philadelphia,
                                                                             PA 19107